IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SHERLOCK,**<br>        **Plaintiff,**<br><br>v.<br><br>**LIFESTYLE HEARING CORPORATION (USA), INC.,**<br>**AUDIOLOGY MANAGEMENT GROUP, INC.,**<br>**WIDEX USA, INC.,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>NO.  19-743 |

# O R D E R

**AND NOW**, this 10th day of October, 2019, upon consideration of Defendant Lifestyle Hearing Corporation, Audiology Management Group, and Widex USA Inc.'s Motion to Dismiss Plaintiff's Complaint (Document No. 3, filed February 28, 2019), Plaintiff Michael Sherlock's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 4, filed March 14, 2019), and Defendants' Reply Brief in Further Support of Their Motion to Dismiss and in Response to Plaintiff's Opposition to Defendants' Motion to Dismiss (Document 5, filed April 4, 2019), for the reasons stated in the accompanying Memorandum dated July 11, 2018, **IT IS ORDERED** as follows:

1. That part of the Motion seeking to transfer plaintiff's complaint is **GRANTED**.  This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404(a).

2. This Court **DEFERS** ruling on those parts of the Motion seeking dismissal of plaintiff's complaint.  All remaining parts of defendants' motion should be decided by the United States District Court for the Middle District of Florida.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania shall provide the complete file in this case to the United States District Court for the Middle District of Florida.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED.**

        **BY THE COURT:**

        /s/ Hon. Jan E. DuBois
        _____
        **DuBOIS, JAN E., J.**